# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| HDR FARMS INCORPORATED, | ) | Chapter 11 |
| | ) | |
| Debtor | ) | CASE NO. 20-50888-GRS |
| _____ | ) | |
| | ) | |
| HDR FARMS INCORPORATED | ) | A.P. No. 21-05166-grs |
| LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLIED BOTANICS LLC f/k/a | ) | |
| XSI USA, LLC; COZEN O'CONNOR; | ) | |
| KAWEL LAUBACH; DEAN JOHNSON | ) | |
| ANNETTE COX; CHARLES THOMAS | ) | |
| "TODD" MERCER; and APPLIED | ) | |
| BIOLOGY LLC | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## **ORDER**

This matter having come before the Court on Defendant Cozen O'Connor's Motion for Summary Judgment, and the Court having considered the Motion and the parties' filings and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion shall be GRANTED, and claims against Cozen O'Connor are dismissed with prejudice.