UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

HDR FARMS INCORPORATED                                            CASE NO. 20-50888

DEBTOR

HDR FARMS INCORPORATED                                              PLAINTIFF
LIQUIDATING TRUST

V.                                                              ADV. NO. 21-5166

APPLIED BOTANICS LLC f/k/a XSI                                    DEFENDANT
USA, LLC, et al.

PRELIMINARY ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT
(Cox & Mercer)

The Defendants Annette Cox and Todd Mercer filed motions for summary judgment.

[ECF Nos. 203 and 204.]  The parties responded and replied [ECF Nos. 211, 214-215] and a

hearing was held on July 21, 2022.  [ECF Nos. 216.]  Count 1 of the Amended Complaint alleges

that the Defendant Kawel Laubach breached his fiduciary duty to Debtor HDR Farms

Incorporated by causing the creation of a separate company and diverting the $2.6 million

investment Cox and Mercer planned to make in HDR Farms to that entity.  [*See* ECF No. 17.]

The Plaintiff alleges in Counts 6 and 7 that Cox and Mercer aided and abetted LauBach's breach

of fiduciary duty.  [*Id.*]

The evidence in the record does not show Cox or Mercer ever intended to invest in HDR

Farms.  The Plaintiff cites to circumstantial evidence, such as visit to HDR Farms in early

December, and claims these facts allow a conclusion that these Defendants were going to invest

in HDR Farms until LauBach diverted them to a separate company.  The Plaintiff argues Cox

and Mercer provided substantial assistance when they ultimately invested in the new entity.

1

This evidence does not allow the conclusion the Plaintiff needs to prove an aiding and abetting claim against either Cox or Mercer.  A more detailed opinion will follow that supports this decision.  But the trial is only weeks away and it is fair to provide this preliminary Order, so the parties are not required to expend time and legal fees to prosecute or defend Counts 6 and 7.

It is therefore ORDERED that the Motions for Summary Judgment [ECF Nos. 203, 204] are GRANTED and Count 6 and Count 7 of the Amended Complaint [ECF No. 17] are DISMISSED for which decision will be supported by a final opinion and order to be subsequently issued.

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, July 22, 2022**
**(grs)**