**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| HDR FARMS INCORPORATED, | ) | Chapter 11 |
| | ) | |
| Debtor | ) | CASE NO. 20-50888-GRS |
| | ) | |
| | ) | |
| HDR FARMS INCORPORATED | ) | A.P.No. 21-05166-grs |
| LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLIED BOTANICS LLC f/k/a | ) | |
| XSI USA, LLC; COZEN O'CONNOR; | ) | |
| KAWEL LAUBACH; DEAN JOHNSON | ) | |
| ANNETTE COX; CHARLES THOMAS | ) | |
| "TODD" MERCER; and APPLIED | ) | |
| BIOLOGY LLC | ) | |
| | ) | |
| Defendants | ) | |

## AGREED ORDER

This matter came before the Court on the agreement by the parties to extend the deadline for exchanging and filing trial exhibits from July 27, 2022 to August 1, 2022 and the Court having reviewed the agreement and determined that the extension is acceptable, the Court Orders that the deadline for exchange and filing trial exhibits shall be extended to August 1, 2022.

HAVE SEEN AND AGREED:

*/s/ Barry D. Hunter*
Barry D. Hunter, Esq.
Adam R. Kegley, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507

(859) 231-0000
bhunter@fbtlaw.com
akegley@fbtlaw.com
*Counsel for Defendant Cozen O'Connor*

*/s/ Charity S. Bird*
Charity S. Bird, Esq.
Tyler R. Yeager, Esq.
Kaplan Johnson Abate & Bird LLP
710 West Main Street, Fourth Floor
Louisville, Kentucky 40202
cbird@kaplanjohnsonlaw.com
tyeager@kaplanjohnsonlaw.com
*Counsel for HDR Farms Incorporated Liquidating Trust*

*/s/ Marshall R. Hixon*
Marshall R. Hixson, Esq.
Chrisandrea L. Turner, Esq.
Stites & Harbison PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507
mhixson@stites.com
clturner@stites.com
*Counsel for Kawel LauBach*

Copies to:

*All Parties designated to receive electronic service