**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| IN RE: ) | |
| HDR FARMS INCORPORATED, ) | Chapter 11 |
| ) | |
| Debtor ) | CASE NO. 20-50888-GRS |
| _____ ) | |
| ) | |
| HDR FARMS INCORPORATED ) | A.P. No. 21-05166-grs |
| LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| APPLIED BOTANICS LLC f/k/a ) | |
| XSI USA, LLC; COZEN O'CONNOR; ) | |
| KAWEL LAUBACH; DEAN JOHNSON ) | |
| ANNETTE COX; CHARLES THOMAS ) | |
| "TODD" MERCER; and APPLIED ) | |
| BIOLOGY LLC ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

**NOTICE OF WITHDRAWAL OF**
**RE-NOTICE TO TAKE DEPOSITION OF ANNETTE COX**

Comes Defendant, Cozen O'Connor, by counsel, and hereby withdraws its Re-Notice to Take Deposition of Annette Cox (Doc. No. 226) previously filed herein in error.

Respectfully submitted,

*/s/ Barry D. Hunter*
Barry D. Hunter
Adam R. Kegley
FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
(859) 231-0000 (tel)
(859) 231-0011 (fax)
bhunter@fbtlaw.com
akegley@fbtlaw.com
*Counsel for Defendant Cozen O'Connor*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on the 26th day of July, 2022 to all parties served by the Court via CM/ECF noticing.

*/s/ Barry D. Hunter*
*Counsel for Defendant Cozen O'Connor*

0149133.0751045   4891-6873-8859v1