UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| HDR FARMS INCORPORATED | CASE NO. 20-50888-GRS |
| Debtor. | |
| HDR FARMS INCORPORATED LIQUIDATING TRUST, | |
| Plaintiff, | |
| v. | AP NO. 21-05166-GRS |
| APPLIED BOTANICS LLC f/k/a XSI USA, LLC, et al. | |
| Defendants. | |

## AGREED ORDER

The parties, having filed their Joint Motion to extend the deadline to explore settlement and file a joint report as set forth in Part 3 of the Second Amended Order for Trial [ECF# 179], and this Court having considered the agreement and having found it acceptable, ORDERS that the parties have until August 1, 2022 to explore settlement of the within matter and file a joint report advising that the settlement conference was held and the results thereof.

HAVE SEEN AND AGREED:

*/s/ Barry D. Hunter*
Barry D. Hunter, Esq.
Adam R. Kegley, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
(859) 231-0000
bhunter@fbtlaw.com
akegley@fbtlaw.com
*Counsel for Defendant Cozen O'Connor*

835590:1

*/s/ Charity S. Bird*
Charity S. Bird, Esq.
Tyler R. Yeager, Esq.
Kaplan Johnson Abate & Bird LLP
710 West Main Street, Fourth Floor
Louisville, Kentucky 40202
cbird@kaplanjohnsonlaw.com
tyeager@kaplanjohnsonlaw.com
*Counsel for HDR Farms Incorporated Liquidating Trust*

*/s/ Marshall R. Hixon*
Marshall R. Hixson, Esq.
Chrisandrea L. Turner, Esq.
Stites & Harbison PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507
mhixson@stites.com
clturner@stites.com
*Counsel for Kawel LauBach*

Copies to:

*All Parties designated to receive electronic service

2

835590:1

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, July 27, 2022**
(tnw)