UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HDR FARMS INCORPORATED | ) | Case No. 20-50888-grs |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| HDR FARMS INCORPORATED LIQUIDATING TRUST | ) ) ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | A.P. No. 21-05166-grs |
| | ) | |
| APPLIED BOTANICS LLC f/k/a XSI USA, LLC, *et al*. | ) ) | |
| | ) | |
| Defendants | ) | |

## JOINT REPORT OF SETTLEMENT CONFERENCE
\* \* \*   \* \* \*   \* \* \*

Plaintiff HDR Farms Incorporated Liquidating Trust ("Plaintiff"), Defendant Cozen O'Connor ("Cozen"), Defendant Kawel LauBach ("LauBach"), by and through their respective counsel, and pursuant to paragraph 3 of the Order for Pretrial Conference [Doc. 179] provide this joint report regarding their settlement efforts. The parties engaged in settlement discussions on July 30, 2022. The parties have not reached a settlement. The parties believe that their respective positions are too far apart rendering further settlement discussions unnecessary.

Respectfully submitted,

*/s/ Charity S. Bird*
CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
*Counsel for Plaintiff*

*/s/ Barry D. Hunter*
BARRY D. HUNTER
ADAM R. KEGLEY
**Frost Brown Todd LLC**
250 West Main St., Suite 2800
Lexington, Kentucky 40507
Telephone: (859) 231-0000
Email: bhunter@fbtlaw.com
Email: akegley@fbtlaw.com
*Counsel for Defendant Cozen O'Connor*

*/s/Marshall R. Hixson*
MARSHALL R. HIXSON
CHRISANDREA TURNER
**Stites & Harbison, PLLC**
250 W. Main Street, Suite 2300
Lexington, Kentucky 40507
Telephone:
Email: mhixson@stites.com
Email: clturner@stites.com
*Counsel for Defendant Kawel LauBach*

**Certificate of Service**

This document has been electronically filed and served via the Court's ECF system August 1, 2022.

*/s/ Charity S. Bird*
CHARITY S. BIRD
TYLER R. YEAGER