**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| IN RE | |
| HDR FARMS INCORPORATED | CASE NO. 20-50888 |
| DEBTOR | |
| HDR FARMS INCORPORATED LIQUIDATING TRUST | PLAINTIFF |
| V. | ADV. NO. 21-5166 |
| APPLIED BOTANICS LLC f/k/a XSI USA, LLC, et al. | DEFENDANT |

**ORDER SETTING HEARING**

It is ORDERED that this matter will come before the Court for hearing **at 9:00 a.m. on August 4, 2022, in the U.S. Bankruptcy Court, Community Trust Building, Second Floor Courtroom, 100 E. Vine Street, Lexington, Kentucky.** Counsel for the Plaintiff and Defendants Kawel Laubach and Cozen O'Connor shall appear to discuss the summary judgment motions, supplemental filings, and upcoming trial.

1

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Wednesday, August 3, 2022
(grs)