**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:  CASE NUMBER 21-05166

HDR Farms Incorporated Liquidating Trust v. Applied Botanics LLC f/k/a XSI USA, LLC et al

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 08/04/2022  TIME: 09:00

ISSUE:

253   08/03/2022   Order Setting Status Hearing. Status hearing to be held on 8/4/2022 at 09:00 AM at Lexington Courtroom, 2nd Floor. (srw)

DISPOSITION:

Other

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
Bankruptcy Judge
Dated: Thursday, August 4, 2022
(rah)