UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

HDR FARMS INCORPORATED                                                          CASE NO. 20-50888

DEBTOR

HDR FARMS INCORPORATED                                                          PLAINTIFF
LIQUIDATING TRUST

V.                                                                                              ADV. NO. 21-5166

APPLIED BOTANICS LLC f/k/a XSI                                                  DEFENDANT
USA, LLC, et al.

**THIRD AMENDED ORDER FOR TRIAL**

A preliminary order granting Defendants Annette Cox and Todd Mercer's Motions for Summary Judgment [ECF Nos. 203, 204] was entered on July 22, 2022. [ECF No. 222.] A memorandum opinion is forthcoming.

Summary judgment motions filed by the Defendants Kawel Laubach and Cozen O'Connor are submitted. [ECF Nos. 200, 209.] A two-day trial is scheduled for August 24-25, 2022, and pending pretrial deadlines are quickly approaching. [ECF No. 179.]

The issues raised by the summary judgment motions and supplemental filings are complex and require additional time for a thorough review. The parties should not have to incur the costs associated with preparing for trial if the claims can be resolved on summary judgment. Therefore, the trial date will be rescheduled.

Counsel for the Plaintiff and Defendants Laubach and Cozen attended a status conference on August 4, 2022, in chambers to discuss the pending matters and upcoming trial. [ECF No.

1

253.] The parties agreed they will use the additional time to reconsider settlement and possible mediation.

Based on the foregoing, it is ORDERED:

(1) The Second Amended Order for Trial [ECF No. 179] is VACATED;

(2) Trial of this proceeding shall be held **at 9:00 a.m. (prevailing time) on October 11-12, 2022, in the U.S. Bankruptcy Court, Community Trust Building, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky.**

(3) An exhibit list and copies of all exhibits are filed. Unless written objections to the authenticity and/or admissibility of each such exhibit are filed **on or before September 27, 2022,** the exhibit shall be deemed authentic and may be admitted upon request of the party to admit the exhibit into evidence at trial. In the absence of good cause, no exhibit may be offered in evidence except upon compliance with the conditions contained in this order. All exhibits shall be presented using the Court's Evidence Presentation System ("EPS").[1]

(4) Counsel are required to contact the Courtroom Deputy to schedule EPS Training **on or before September 27, 2022.** Counsel are required to complete the EPS Training **no later than October 7, 2022**.

(5) The parties shall file Joint Stipulations of Fact **on or before September 27, 2022**.[2]

(6) **By September 27, 2022**, each party shall file a Trial Brief which shall include a list of witnesses expected to be called at trial, with summary of anticipated testimony. The Trial

---

[1] Information available at http://www.kyeb.uscourts.gov Judges Info – Special Instructions – Evidence Presentation System (EPS)

[2] Instructions available at http://www.kyeb.uscourts.gov Judge's Info – Special Instructions – Joint Stipulations Preparation

Brief shall set forth the issues in question, a summary of what the evidence will tend to prove, and case and statutory authority in support of the respective positions of the parties.

(7) The deadlines and the trial date may be extended upon request if settlement negotiations are ongoing.

3

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, August 4, 2022
(grs)