**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE

| | |
|---|---|
| **HDR FARMS INCORPORATED** | **CASE NO. 20-50888** |
| **DEBTOR** | **CHAPTER 11** |

| | |
|---|---|
| **HDR FARMS INCORPORATED LIQUIDATING TRUST** | **PLAINTIFF** |
| V. | ADV. NO. 21-5166 |
| **APPLIED BOTANICS LLC f/k/a XSI USA LLC**, *et al* | **DEFENDANTS** |

**AMENDED ORDER**

The Order Scheduling Mediation [ECF No. 258] is hereby amended to reflect the correct date to provide documentation to be on or before 12:00 p.m. on August 17, <u>2022</u>.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
<u>*Gregory R. Schaaf*</u>
**Bankruptcy Judge**
Dated: Wednesday, August 10, 2022
(grs)