# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HDR FARMS INCORPORATED, | ) | |
| | ) | |
|    Debtor | ) | Chapter 11 |
| | ) | |
| | ) | CASE NO. 20-50888-GRS |
| HDR FARMS INCORPORATED LIQUIDATING TRUST, | ) ) | |
|    Plaintiff | ) | **ORDER** |
| | ) | |
| v. | ) | AP CASE NO. 21-05166-GRS |
| | ) | |
| APPLIED BOTANICS, LLC f/k/a XSI USA, LLC, *et. al.* | ) ) | |
|    Defendants | ) | |

This action having come before the Court on the Motion of the Defendants, Charles Thomas "Todd" Mercer and Annette Cox, for sanctions for Plaintiff and its counsels' violations of BR 9011 and 28 U.S.C. 1927 and the court in all ways being duly and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendants' Motion for Sanctions is Granted, with the sanctions to include attorney's fees and costs incurred by Mercer and Cox in defending this action.

**SO ORDERED**, on this the _____ day of _____, 2022.


_____
JUDGE
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION