# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| IN RE:<br>HDR FARMS INCORPORATED,<br>　　　　　　　　　　　　　　Debtor | Chapter 11<br><br>CASE NO. 20-50888-GRS |
| HDR FARMS INCORPORATED LIQUIDATING TRUST,<br>　　　　　　　　　　　　　　Plaintiff<br>**v.**<br>APPLIED BOTANICS LLC f/k/a XSI USA, LLC; COZEN O'CONNOR; KAWEL LAUBACH; DEAN JOHNSON; ANNETTE COX; CHARLES THOMAS "TODD" MERCER; and APPLIED BIOLOGY LLC<br>　　　　　　　　　　　　　　Defendants | A.P. No. 21-05166-GRS |

## ORDER GRANTING MOTION TO FILE
## ADDITIONAL DEFENDANTS' JOINT EXHIBITS

This matter is before the Court on the Motion of Defendants, Cozen O'Connor and Kawel LauBach to file additional and corrected exhibits. The Court, having considered the motion, and being in all ways sufficiently advised,

IT IS HEREBY ORDERED THAT the Motion is granted.

2

TENDERED BY:

FROST BROWN TODD LLC


By: */s/ Barry D. Hunter*
    Barry D. Hunter
    Adam R. Kegley
    250 West Main Street, Ste. 2800
    Lexington, Kentucky 40507-1749
    bhunter@fbtlaw.com
    akegley@fbtlaw.com
    (859) 231-0000 Telephone
    (859) 231-0011 Fax
    *Counsel to Cozen O'Connor*