UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HDR FARMS INCORPORATED | ) | Case No. 20-50888-grs |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| HDR FARMS INCORPORATED LIQUIDATING TRUST | ) ) ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | A.P. No. 21-05166-grs |
| | ) | |
| APPLIED BOTANICS LLC f/k/a XSI USA, LLC, *et al*. | ) ) | |
| | ) | |
| Defendants | ) | |

## JOINT STIPULATIONS OF FACT
\* \* \*   \* \* \*   \* \* \*

Plaintiff HDR Farms Incorporated Liquidating Trust ("Plaintiff"), Defendant Cozen O'Connor ("Cozen"), and Defendant Kawel LauBach ("LauBach"), by and through their respective counsel, and pursuant to the Court's *Third Amended Order for Trial* (Doc.255), hereby submits the following Joint Stipulations of Fact:

1. LauBach met with Cox and Mercer on November 19, 2019. LauBach generally explained the CBD industry and HDR Farms' facility and operations. He also invited Cox and Mercer to visit HDR Farms' facility [Doc. 261, p. 6].

2. HDR Farms was a cannabis agricultural, processing, and cloning operation. It produced refined cannabinoids ("CBD(s)") and CBD isolate that was marketed wholesale to formulators of retail CBD products. [Doc. 261, p. 3]

3. Danny Plyler ("Plyler"), Steve Bragg ("Bragg"), and Kawel Laubach ("Laubach") formed HDR Farms in 2018. [*Id.*] They funded the company through cash contributions from investors in exchange for shares and a convertible promissory note equal to the face amount of the cash investment. Plyler, Bragg, and Laubach were also HDR Farms' original directors. [*Id.*]

4. HDR Farms performed poorly through 2019. It earned only marginal profits from selling clones to farmers. The shareholder notes matured, but HDR Farms could not pay the approximately $2.1 million owed. HDR Farms also lost $1.5 million during 219 and had a negative net worth of over $2 million. [*Id.*]

5. HDR Farms filed a chapter 11 bankruptcy petition on June 9, 2020, and confirmed its Liquidating Plan on December 28, 2020.

6. The December 28, 2020 Liquidating Plan established the Plaintiff as the entity to pursue any assets still held by HDR Farms. Damon "Dak" Davis and Stewart Wakeley are co-trustees of the Liquidating Trust. The Plaintiff filed this adversary proceeding on October 15, 2021. [Doc. 261, pp. 3-4.]

7. Laubach assumed the role of CEO from Plyler in June 2019. Plyler resigned as a director and officer in September 2019, but he remained the majority shareholder. [Doc. 261, p. 4.]

8. HDR Farms started looking for ways to service its debt or restructure in the summer of 2019. HDR Farms investigated opportunities to partner with other hemp companies to move into the retail market. [*Id.*]

9. HDR Farms also considered issuing new shares. But HDR Farms had no unauthorized shares. [*Id.*]

10. In the fall of 2019, Laubach began negotiations with XSi Canada. XSI Canada wanted to gain a footprint in the United States CBD market. Laubach believed the partnership was an opportunity to restructure HDR Farms' operations and pay down the shareholder debt. [*Id.*]

11. The negotiations resulted in a non-binding letter of intent executed on November 22, 2019 ("XSi USA Letter of Intent"). The XSi USA Letter of Intent provided that XSi USA intended "to take-over the assets of HDR and … purchase the outstanding shares of HDR." [*Id.*]

12. The XSi USA Letter of Intent also included a section labeled "Non-Binding Commitment" that described the document as a "non-binding indication of interest" that was "not intended and shall not be deemed to create any binding obligation on the part of XSi [USA], or any of its affiliates, to engage in any transaction with the VIT or to continue its consideration of any such transaction." (emphasis in the original). [Doc. 261, pp. 4-5.]

13. The XSi USA Letter of Intent was part of larger transaction to create a partnership between XSi USa and another hemp company, Terpene Bio Tech, Inc. a/k/a Vitality Health ("TBT"). On November 25, 2019, XSi USA and TBT executed a separate letter of intent that contemplated creation of a new entity owned equally by the companies that would operate a seed-to-sale hemp/CBD business with assets and expertise contributed by the respective parties ("TBT" Letter of Intent"). The TBT Letter of Intent was also a non-binding agreement and subject to negotiation of a definitive agreement. [Doc. 261, p. 5.]

14. Annette Cox and Todd Mercer toured HDR Farms' facility in early December 2019. During the tour, Cox and Mercer were given a document titled "Proposed Corporate Structure." The document described the creation of a new company owned by XSi USA and TBT. The description references XSi USA's agreement to buy out HDR Farms within a 2-year period and consolidate HDR Farms' assets under its company name. LauBach and Bragg explained during

the tour that this was necessary because "they needed to clean their mess up and they needed more investment dollars, and this is why that they're doing what they're doing…" [Doc. 261, pp. 6-7.]

15. LauBach asked Cozen to prepare the necessary documents to incorporate XSi-USA after Cox expressed an interest in investing. Cozen prepared the documents and XSi-USA was incorporated on December 12, 2019. XSi-USA did not yet have assets or operations and would not retain Cozen as legal counsel until early January 2020. Cozen also prepared the operating and subscription agreements required for Cox's investment in XSi-USA in January 2020. [Doc. 261, pp. 8-9.]

16. On January 6, 2020, LauBach signed a letter on HDR Farms' behalf that waived any conflict of interest with Cozen's representation of XSi USA, Inc., in the possible acquisition of, and transactions with, HDR Farms. [Doc. 261, p. 9.]

Respectfully submitted,

*/s/ Charity S. Bird*
CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
*Counsel for Plaintiff*

*/s/ Barry D. Hunter*
BARRY D. HUNTER
ADAM R. KEGLEY
**Frost Brown Todd LLC**
250 West Main St., Suite 2800
Lexington, Kentucky 40507
Telephone: (859) 231-0000
Email: bhunter@fbtlaw.com
Email: akegley@fbtlaw.com
*Counsel for Defendant Cozen O'Connor*

/s/Marshall R. Hixson
MARSHALL R. HIXSON
CHRISANDREA TURNER
**Stites & Harbison, PLLC**
250 W. Main Street, Suite 2300
Lexington, Kentucky 40507
Telephone:
Email: mhixson@stites.com
Email: clturner@stites.com
*Counsel for Defendant Kawel LauBach*

## Certificate of Service

This document has been electronically filed and served via the Court's ECF system September 27, 2022.

/s/ Charity S. Bird
CHARITY S. BIRD
TYLER R. YEAGER