UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| HDR FARMS INCORPORATED | CASE NO. 20-50888-GRS |
| Debtor. | |
| HDR FARMS INCORPORATED LIQUIDATING TRUST, | |
| Plaintiff, | |
| v. | AP NO. 21-05166-GRS |
| APPLIED BOTANICS LLC f/k/a XSI USA, LLC, et al. | **MOTION TO FILE ADDITIONAL DEFENDANTS' JOINT EXHIBIT** |
| Defendants. | |

Defendants Kawel LauBach and Cozen O'Connor, by counsel, move the Court for leave to add the attached exhibit as DJX 181 to Defendants' Amended Joint Exhibit List ("Motion"). Proposed DJX 181 is the Articles of Amendment of HDR Farms Incorporated filed by Debtor HDR Farm Incorporated with the Secretary of State, Commonwealth of Kentucky on October 3, 2018. As grounds for this Motion, Defendants state that the filing referenced above amended the Articles of Correction of HDR Farms Incorporated, which is Plaintiff HDR Farms Incorporated Liquidating Trust's EXH 001. As a result, Plaintiff's EXH001 is outdated. Addition of DJX 181 is in the best interest of all parties and will not prejudice Plaintiff. Attached to this Motion along with DJX 181 is Defendants' proposed Amended Joint Exhibit List.

WHEREFORE, Defendants move this Court for entry of an Order granting their Motion to add DJX 181 to their Amended Joint Exhibit List.

**NOTICE**

Notice is hereby given that this motion will be heard on October 31, 2022, at 9:00 a.m., or as soon thereafter as may be heard, at U.S. Bankruptcy Court, Community Trust Building, 100 East Vine Street, 2nd Floor Courtroom, Lexington, KY 40507.

Respectfully submitted,

*/s/ Marshall R. Hixson*
Marshall R. Hixson
Chrisandrea Turner
Stites & Harbison, PLLC
250 W. Main Street
Suite 2300
Lexington, KY 40507
Phone: (859) 226-2300
E-Mail: mhixson@stites.com
clturner@stites.com

*Counsel for Kawel LauBach*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served this the 24th day of October, 2022 electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

*/s/ Marshall R. Hixson*
Counsel for Kawel LauBach

844740:1:LEXINGTON