**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| IN RE | |
| HDR FARMS INCORPORATED | CASE NO. 20-50888 |
| DEBTOR | |
| HDR FARMS INCORPORATED LIQUIDATING TRUST | PLAINTIFF |
| V. | ADV. NO. 21-5166 |
| APPLIED BOTANICS LLC f/k/a XSI USA, LLC, et al. | DEFENDANT |

**ORDER**

The Plaintiff initiated this adversary proceeding on October 15, 2021, by filing a complaint, as amended, alleging several counts against multiple defendants. [ECF Nos. 1, 17.] The Plaintiff filed certificates of service for Defendants Applied Botanics LLC f/k/a XSI USA, LLC ("XSI USA") and Dean Johnson, but it does not appear either was properly served based on comments made at the trial that concluded on November 2, 2022. [ECF Nos. 5, 8.]

It is therefore ORDERED that the Plaintiff shall appear **at 9:00 a.m. on November 17, 2022, in the U.S. Bankruptcy Court, Second Floor Courtroom, 100 E. Vine Street, Lexington, Kentucky**, and show cause why Counts 2, 3, and 12 against Dean Johnson, and Counts 8, 10, 11, 12, and 14 against XSI USA, should not be dismissed with prejudice for failure to timely and substantially prosecute its claims against these Defendants. *See* FED. R. CIV. P. 41(b) (incorporated by FED. R. BANKR. P. 7041).

1

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, November 4, 2022
(grs)