United States Bankruptcy Court
Eastern District of Kentucky
Lexington Division

| | |
|---|---|
| In re:<br>HDR Farms Incorporated,<br>　　　　　　　　　Debtor. | Case No. 20-50888-grs<br>Chapter 11 |
| HDR Farms Incorporated Liquidating Trust,<br>　　　　　　　　　Plaintiff,<br>v.<br>Applied Botanics LLC f/k/a XSi USA, LLC, *et al.*,<br>　　　　　　　　　Defendants. | A.P. No. 21-05166-grs |

**Notice of Appearance**

Please take notice that Michael T. Leigh of the law firm Kaplan Johnson Abate & Bird LLP, 710 West Main Street, 4th Floor, Louisville, KY 40202, hereby notices his appearance in this action as counsel for Plaintiff HDR Farms Incorporated Liquidating Trust and the law firm of Kaplan Johnson Abate & Bird LLP.

Please include undersigned counsel on all pleadings, filings, correspondence and other materials required to be served on counsel in this action going forward.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Michael T. Leigh*
　　　　　　　　　　　　　　　　　　　CHARITY S. BIRD
　　　　　　　　　　　　　　　　　　　TYLER R. YEAGER
　　　　　　　　　　　　　　　　　　　BRIAN MELDRUM
　　　　　　　　　　　　　　　　　　　MICHAEL T. LEIGH
　　　　　　　　　　　　　　　　　　　**Kaplan Johnson Abate & Bird LLP**
　　　　　　　　　　　　　　　　　　　710 W. Main St., 4th Floor
　　　　　　　　　　　　　　　　　　　Louisville, Kentucky 40202
　　　　　　　　　　　　　　　　　　　Telephone: (502) 416-1630
　　　　　　　　　　　　　　　　　　　Facsimile: (502) 540-8282
　　　　　　　　　　　　　　　　　　　Email: cbird@kaplanjohnsonlaw.com

                                              Email: tyeager@kaplanjohnsonlaw.com
                                              Email: bmeldrum@kaplanjohnsonlaw.com
                                              Email: mleigh@kaplanjohnsonlawl.com

                                              *Counsel for Plaintiff*

## Certificate of Service

      I certify that on November 21, 2022, a true and correct copy of the foregoing *Notice of Appearance* was delivered to all parties who have requested notice in the above-captioned adversary proceeding by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first-class U.S. Mail if the Notice of Electronic Filing from the Bankruptcy Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

                                              */s/ Michael T. Leigh*
                                              MICHAEL T. LEIGH