UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE | |
| HDR FARMS INCORPORATED | CASE NO. 20-50888 |
| DEBTOR | |
| HDR FARMS INCORPORATED LIQUIDATING TRUST | PLAINTIFF |
| V. | ADV. NO. 21-5166 |
| APPLIED BOTANICS LLC f/k/a XSI USA, LLC, et al. | DEFENDANTS |

## JUDGMENT

Consistent with the Memorandum Opinion entered contemporaneously herewith, it is

ORDERED that JUDGMENT IS GRANTED to the Defendants Kawel LauBach and Cozen O'Connor on Counts 1, 4, 5, 10, 11, and 12 of the Amended Complaint.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, December 15, 2022
(grs)